1  MICHELE BECKWITH
   Acting United States Attorney
2  ANTONIO J. PATACA
   JUSTIN GILIO
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone:  (559) 497-4000
5  Facsimile:   (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11

UNITED STATES OF AMERICA,          CASE NO.  1:24-CR-00055-JLT-SKO
12
                    Plaintiff,     STIPULATION AND ORDER REGARDING
13                                 EXCLUDABLE TIME PERIODS UNDER SPEEDY
             v.                    TRIAL ACT
14
LANDON JONES,
15
                    Defendant.
16

17

18                         **STIPULATION**

19     1.    By previous order, this matter was set for a status conference on May 7, 2025.

20     2.    By this stipulation, defendant now moves to vacate the status conference as to him only

21  and set a change of plea hearing on April 21, 2025.  Time has already been excluded through May 7,

22  2025.

23     3.    The signed plea agreement was filed on February 14, 2025.

24     4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

25  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

26  must commence.

27        IT IS SO STIPULATED.

28

                              1

Dated:  February 14, 2025                          MICHELE BECKWITH
                                                   Acting United States Attorney


                                                   /s/ ANTONIO J. PATACA
                                                   ANTONIO J. PATACA
                                                   Assistant United States Attorney


Dated:  February 14, 2025                          /s/ SERITA RIOS
                                                   SERITA RIOS
                                                   Counsel for Defendant
                                                   LANDON JONES


**ORDER**

IT IS SO ORDERED.

Dated:   **February 14, 2025**                 /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE