MICHELE BECKWITH
Acting United States Attorney
ANTONIO J. PATACA
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LANDON JONES,<br><br>Defendant. | CASE NO. 1:24-CR-00055-JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING |

**STIPULATION**

1. By previous order, this matter was set for sentencing on July 7, 2025.

2. By this stipulation, the parties now move to continue the sentencing hearing to August 4, 2025. No exclusion of time is necessary. The government needs additional time to investigate and prepare for the sentencing hearing

IT IS SO STIPULATED.

Dated: June 25, 2025                              MICHELE BECKWITH
                                                              Acting United States Attorney


                                                              /s/ ANTONIO J. PATACA
                                                              ANTONIO J. PATACA
                                                              Assistant United States Attorney

Dated: June 25, 2025               /s/ SERITA RIOS
                                                                SERITA RIOS
                                                                Counsel for Defendant
                                                                LANDON JONES

**ORDER**

IT IS SO ORDERED.

Dated:   **June 25, 2025**                                   _/s/ Jennifer L. Thurston_
                                                                                               UNITED STATES DISTRICT JUDGE