Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant LANDON JONES

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LANDON JONES, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:24-CR-00055-JLT <br><br> **MOTION TO TERMINATE CJA APPOINTMENT AND ORDER** |

On March 6, 2024, a Complaint was filed against Defendant, LANDON JONES, in federal court. On March 14, 2024, CJA Panel Counsel, Serita Rios, was appointed to represent Mr. Jones. Mr. Jones was sentenced pursuant to a plea agreement on August 4, 2025; Mr. Jones was in custody at the time of sentencing. The time for filing a direct appeal was August 18, 2025, no direct appeal was filed. The trial phase of Mr. Jones' criminal case has, therefore, come to an end. Having completed her representation of Mr. Jones Counsel, Serita Rios, now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Jones require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-

5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: August 18, 2025

/s/ Serita Rios
_____
**Serita Rios**
Attorney for Defendant

---

### ORDER

Having found that attorney Serita Rios has completed the services for which she was appointed, the Court hereby grants Counsel Serita Rios' request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant, LANDON JONES, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Central Valley Annex
Landon Jones
P.O. Box 637
McFarland, CA 93250

IT IS SO ORDERED.

Dated:   **August 19, 2025**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE